Ted Wolny, Esq. SBN 119113
P.O. Box 3579
San Leandro, CA 94578

Tel: 510-357-4300
Fax: 510-225-1745
email: wolnylaw@gmail.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**In Re**:

Werdna Enterprises, Inc. a California Corporation

**Debtor**.

_____/

Chapter 7
Case No. 13-42622

Date:
Time:
Place: U.S. Bankruptcy Court, 1300 Clay St.,
Judge Efremsky's Courtroom No. 201
Second Floor, Oakland, CA 94612

**MOTION OF DEBTOR TO EXTEND THE AUTOMATIC STAY**
**WITH RESPECT TO ALL CREDITORS**

1. This Motion is made by the Debtor, Werdna Enterprises, Inc. (Hereafter "Debtor" or "Movant"), and it is based upon the Motion, the Memorandum of Points and Authorities in Support and any declaration in Support , on file with the court, togeth4r with all pleadings and records in this case, together with all pleadings and records in this case, and upon oral argument of counsel.

2. 11 U.S.C. section 362 ( c) provides that in cases where a prior Chapter case was pending within the past one year, the automatic stay shall terminate after 30 days with respect to any action taken with respect to a debt or property securing such debt unless the Court, upon motion of a party in interest and after notice and hearing , order the stay to be extended.

3. The Debtor had a previous case, Case No. 13-41499, which was dismissed on

April 29, 2013, for failure to pay a $39.00 amendment fee, which arguably was not owed to the court.

    4. Debtor respectfully requests that the Court consider all of the circumstances involved in the dismissal of the Debtor's prior case, and filing of the present case, and to find that the automatic stay be extended as requested in the Debtor's motion.

    WHEREFORE, the Debtor requests that the Court grant the motion extending the automatic stay with respect to all creditors until the Debtor's Chapter 7 case is fully administered by the Trustee and dismissed.

Respectfully submitted,

Dated May 9, 2013

/s/ *Ted Wolny*

Ted Wolny, Esq.