UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
WERDNA ENTEPRISE INC                §         Case No. 13-42622 E-7
                                    §
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/LOIS I. BRADY_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 13-42622    E-7    Judge: RODGER L. EFREMSKY    Trustee Name: LOIS I. BRADY
Case Name: WERDNA ENTEPRISE INC    Date Filed (f) or Converted (c): 05/02/13 (f)
341(a) Meeting Date: 06/04/13
For Period Ending: 11/20/14    Claims Bar Date: 09/23/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2362 88th Ave, Oakland CA: Single family residence | 200,000.00 | 195,000.00 | | 195,289.00 | FA |
| [09/20/13: Order approving; Doc#28] | | | | | |
| 2. 7832 Ney Ave, Oakland CA: Single family residence | 250,000.00 | 0.00 | | 7,548.25 | FA |
| Lessee insider desires to purchase estate's interest, waiting to receive. | | | | | |
| 3. 910 60th St, Oakland CA - Single family residence | 450,000.00 | 318,000.00 | | 372,064.66 | FA |
| insider desires to purchase estate's interest, waiting to receive offer | | | | | |
| Order Approving Sale, docket #53 5/1/14 | | | | | |
| Report of Sale, docket #63 5/22/14 | | | | | |
| 4. Litigation and claim against Annie Pai | 0.00 | 0.00 | | 0.00 | FA |
| [Case #RG12648269] Attorney investigated claim and determined to be zero value | | | | | |
| 5. OFFICE FURNITURE, SUPPLIES, EQUIPMENT | 350.00 | 350.00 | | 0.00 | FA |
| 6. Wells Fargo Business Account - 3511259503 (u) | 0.00 | 0.00 | | 0.00 | FA |
| [FD Balance $0] | | | | | |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $900,350.00    $513,350.00        $574,901.91    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/28/14: WORKING ON TFR, PREPARING TRUSTEE'S FEE APPLICATION

Initial Projected Date of Final Report (TFR): 06/15/14    Current Projected Date of Final Report (TFR): 10/28/14

LFORM1    UST Form 101-7-TFR (5/1/2011) (Page: 3)    Ver: 18.03a

Case: 13-42622    Doc# 80    Filed: 01/16/15    Entered: 01/16/15 13:51:14    Page 3 of 15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-42622 -E-7 | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | WERDNA ENTEPRISE INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4681 Checking - Non Interest |
| Taxpayer ID No: | *******5448 | | |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/16/13 | 2 | Surako Valdez Follings Sr. <br> Krystal L. Follings <br> 7832 Ney Avenue <br> Oakland, CA 94605-3310 | July Rent - 7832 Ney Avenue RP | 1122-000 | 1,200.00 | | 1,200.00 |
| 08/08/13 | 2 | Surako Valdez Follings Sr. <br> Krystal L. Follings <br> 7832 Ney Avenue <br> Oakland, CA 94605-3310 | AUGUST RENT PAYMENT | 1122-000 | 798.25 | | 1,998.25 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,988.25 |
| 09/12/13 | 2 | Surako Valdez Follings Sr. <br> Krystal L. Follings <br> 7832 Ney Avenue <br> Oakland, CA 94605-3310 | RENT | 1122-000 | 850.00 | | 2,838.25 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,828.25 |
| 10/10/13 | 2 | Surako Valdez Follings Sr. <br> Krystal L. Follings <br> 7832 Ney Avenue <br> Oakland, CA 94605-3310 | RENT | 1122-000 | 1,300.00 | | 4,128.25 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,118.25 |
| 11/12/13 | 2 | Surako Valdez Follings Sr. <br> Krystal L. Follings <br> 7832 Ney Avenue <br> Oakland, CA 94605-3310 | RENT | 1122-000 | 1,200.00 | | 5,318.25 |
| 11/24/13 | 1 | Old Republic Title Company <br> Fremont <br> 39300 Civic Center Drive, Suite 200 <br> Fremont, CA 94538 | SALE OF REAL PROPERTY INTEREST | | 10,848.14 | | 16,166.39 |
| | | OLD REPUBLIC TITLE COMPANY | Memo Amount: 195,199.00 <br> Proceeds of Sale | 1110-000 | | | |
| | | | Page Subtotals | | 16,196.39 | 30.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-42622 -E-7 | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | WERDNA ENTEPRISE INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4681 Checking - Non Interest |
| Taxpayer ID No: | *******5448 | | |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BRUCE J. RICE | Memo Amount: ( 93,441.50 ) Secured Lien Payoff | 4110-000 | | | |
| | | AM-CAL SERVICES INC. | Memo Amount: ( 29,977.11 ) Secured Lien Payoff | 4110-000 | | | |
| | | ANNI PAI | Memo Amount: ( 32,202.06 ) Secured Lien payoff | 4110-000 | | | |
| | | COLDWELL BANKER | Memo Amount: ( 4,875.00 ) Real Estate Broker Commission | 3510-000 | | | |
| | | COMMUNITTY REALTY & PROPERTY MANAGE | Memo Amount: ( 4,875.00 ) Real Estate Broker Commission | 3510-000 | | | |
| | | TAX COLLECTOR | Memo Amount: ( 13,890.99 ) Delinquent Real Estate Tax | 4700-000 | | | |
| | | CITY OF OAKLAND | Memo Amount: ( 579.42 ) Mandatory Garbage | 2500-000 | | | |
| | | MISC CLOSING COSTS | Memo Amount: ( 4,509.78 ) Misc. Closing Costs | 2500-000 | | | |
| 11/24/13 | 1 | The Law Offices of Mark C. Watson 1633 Bayshore Hwy Sutie 250 Burlingame, CA 94010 | REFUND OF OVERPAYMENT OF SEC LIEN REFUND OF OVER CHARGED AMOUNT IN ESCROW, SECURED CREDITOR AGREED TO REFUND $90 | 1110-000 | 90.00 | | 16,256.39 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.17 | 16,246.22 |
| 12/12/13 | 2 | Surako Valdez Follings Sr. Krystal L. Follings 7832 Ney Avenue Oakland, CA 94605-3310 | RENT | 1122-000 | 1,000.00 | | 17,246.22 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.11 | 17,221.11 |
| 01/16/14 | 2 | Surako Valdez Follings Sr. Krystal L. Follings 7832 Ney Avenue | RENT | 1122-000 | 1,200.00 | | 18,421.11 |

Page Subtotals 2,290.00 35.28

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-42622 -E-7 | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | WERDNA ENTEPRISE INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4681 Checking - Non Interest |
| Taxpayer ID No: | *******5448 | | |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Oakland, CA 94605 | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.52 | 18,394.59 |
| 02/13/14 | 010001 | INTERNATIONAL SURETIES LTD | Bond #016048574 | 2300-000 | | 51.61 | 18,342.98 |
| | | 701 POYDRAS ST STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.68 | 18,318.30 |
| * 03/18/14 | | Surako Valdez Follings Sr. | RENT | 1122-003 | 1,200.00 | | 19,518.30 |
| | | Krystal L. Follings | | | | | |
| | | 7832 Ney Avenue | | | | | |
| | | Oakland, CA 94605-3310 | | | | | |
| * 03/25/14 | | Surako Valdez Follings Sr. | RENT | 1122-003 | -1,200.00 | | 18,318.30 |
| | | Krystal L. Follings | Deposit Returned, unpaid | | | | |
| | | 7832 Ney Avenue | | | | | |
| | | Oakland, CA 94605-3310 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.58 | 18,290.72 |
| 04/14/14 | 010002 | FRANCHISE TAX BOARD | 2014 FORM 100-ES | 2820-000 | | 800.00 | 17,490.72 |
| | | P.O. BOX 942857 | | | | | |
| | | SACRAMENTO, CA 94257-0531 | | | | | |
| 04/17/14 | 010003 | City of Oakland | GARBARA LIENS | 2500-000 | | 50.00 | 17,440.72 |
| 04/17/14 | 010004 | City of Oakland | BUSINESS TAX LIEN | 2500-000 | | 50.00 | 17,390.72 |
| 04/17/14 | 010005 | City of Oakland | CEDA LIENS | 2500-000 | | 99.00 | 17,291.72 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.97 | 17,265.75 |
| 05/20/14 | 3 | Chicago Title Company | SALE OF REAL PROPERTY INTEREST | | 120,607.93 | | 137,873.68 |
| | | Trust Account - Montclair | | | | | |
| | | 6210 Medau Place, 2nd Floor | | | | | |
| | | Oakland, CA 94611 | | | | | |
| | | CHICAGO TITLE COMPANY | Memo Amount: 368,064.66 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY INTEREST | | | | |
| | | TA ROEBUCK, TRUSTEE OF THOMAS A. RO | Memo Amount: ( 131,022.50 ) | 4110-000 | | | |

| | | Page Subtotals | 120,607.93 | 1,155.36 |
|---|---|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-42622 -E-7 | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | WERDNA ENTEPRISE INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4681 Checking - Non Interest |
| Taxpayer ID No: | *******5448 | | |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Loan Payoff | | | | |
| | | SERGEY BABIN | Memo Amount: ( 63,000.00 ) | 4110-000 | | | |
| | | | Loan Pay off | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 10,999.98 ) | 3510-000 | | | |
| | | | Real Estate Broker Commission | | | | |
| | | REALTY WORLD BAY AREA REAL ESTATE | Memo Amount: ( 10,999.98 ) | 3510-000 | | | |
| | | | Real Estate Broker Commission | | | | |
| | | ALAMEDA COUNTY TAX COLLECTOR | Memo Amount: ( 26,043.50 ) | 2820-000 | | | |
| | | | Alameda County Property Tax | | | | |
| | | MISC CLOSING COSTS | Memo Amount: ( 5,390.77 ) | 2500-000 | | | |
| | | | Misc Closing Costs | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.06 | 137,778.62 |
| 06/24/14 | 010006 | WENDEL ROSEN BLACK & DEAN LLP<br>MARK S BOSTICK<br>1111 BROADWAY 24TH FL<br>OAKLAND CA 94607 | ATTORNEY FOR TRUSTEE FEES<br>ORDER #69 6/18/2014 | 3210-000 | | 53,723.62 | 84,055.00 |
| 06/24/14 | 010007 | WENDEL ROSEN BLACK & DEAN LLP<br>MARK S BOSTICK<br>1111 BROADWAY 24TH FL<br>OAKLAND CA 94607 | ATTORNEY FOR TRUSTEE EXPENSES | 3220-000 | | 353.48 | 83,701.52 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 185.23 | 83,516.29 |
| 08/04/14 | 3 | Chicago Title Company<br>Trust Account - Montclair<br>6210 Medau Place, 2nd Floor<br>Oakland, CA 94611 | SALE OF REAL PROPERTY INTEREST<br>From Funds held in Escrow pending resolution of Sergey Babin claim | 1110-000 | 4,000.00 | | 87,516.29 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.19 | 87,392.10 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.35 | 87,262.75 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 125.56 | 87,137.19 |
| | | | | Page Subtotals | 4,000.00 | 54,736.49 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-42622 -E-7 | | Trustee Name: | LOIS I. BRADY |
| Case Name: | WERDNA ENTEPRISE INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4681 Checking - Non Interest |
| Taxpayer ID No: | *******5448 | | | |
| For Period Ending: | 11/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 563,263.66 | COLUMN TOTALS | | 143,094.32 | 55,957.13 | 87,137.19 |
| | Memo Allocation Disbursements: | 431,807.59 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 143,094.32 | 55,957.13 | |
| | Memo Allocation Net: | 131,456.07 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 143,094.32 | 55,957.13 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 563,263.66 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 431,807.59 | Checking - Non Interest - *******4681 | | 143,094.32 | 55,957.13 | 87,137.19 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 131,456.07 | | | 143,094.32 | 55,957.13 | 87,137.19 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: November 20, 2014

Case Number: 13-42622
Debtor Name: WERDNA ENTEPRISE INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3510-00 | COLDWELL BANKER | Administrative | | $4,875.00 | $4,875.00 | $0.00 |
| 001 3510-00 | COMMUNITY REALTY & PROPERTY MANAGEMENT | Administrative | | $4,875.00 | $4,875.00 | $0.00 |
| 999 2500-00 | CITY OF OAKLAND | Administrative | | $579.42 | $579.42 | $0.00 |
| 999 2500-00 | MISC CLOSING COSTS from Sale of 88th Avenue RP | Administrative | | $4,509.78 | $4,509.78 | $0.00 |
| 999 2500-00 | City of Oakland | Administrative | Fees or demands for the current Notice of Special Assessments, Business Tax and Garbage Liens. Cost associated with close of escrow | $199.00 | $199.00 | $0.00 |
| 001 3510-00 | Coldwell Banker | Administrative | | $10,999.98 | $10,999.98 | $0.00 |
| 001 3510-00 | Realty World Bay Area Real Estate | Administrative | selling broker's commission | $10,999.98 | $10,999.98 | $0.00 |
| 999 2820-00 | Alameda County Tax Collector | Administrative | | $26,043.50 | $26,043.50 | $0.00 |
| 999 2500-00 | MISC CLOSING COSTS (SALE OF 60TH STREET RP) | Administrative | | $5,390.77 | $5,390.77 | $0.00 |
| 001 3210-00 | WENDEL ROSEN BLACK & DEAN LLP MARK S BOSTICK 1111 BROADWAY 24TH FL OAKLAND CA 94607 | Administrative | | $58,426.12 | $53,723.62 | $4,702.50 |
| 001 3220-00 | WENDEL ROSEN BLACK & DEAN LLP MARK S BOSTICK 1111 BROADWAY 24TH FL OAKLAND CA 94607 | Administrative | | $609.20 | $353.48 | $255.72 |
| 001 3410-00 | KOKJER PIEROTTI MAICCO & DUCK LLP RICHARD PIEROTTI 333 PINE ST 5TH FL SAN FRANCISCO CA 94104 | Administrative | | $6,114.00 | $0.00 | $6,114.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: November 20, 2014

Case Number: 13-42622
Debtor Name: WERDNA ENTEPRISE INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3420-00 | KOKJER PIEROTTI MAICCO & DUCK LLP<br>RICHARD PIEROTTI<br>333 PINE ST 5TH FL<br>SAN FRANCISCO CA 94104 | Administrative | | $109.18 | $0.00 | $109.18 |
| 000006 999 2820-00 | FRANCHISE TAX BOARD | Administrative | 2014 Tax | $821.97 | $800.00 | $21.97 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES LTD<br>701 POYDRAS ST STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $51.61 | $51.61 | $0.00 |
| FEES 001 2600-00 | BANK FEES | Administrative | | $829.42 | $829.42 | $0.00 |
| 050 4110-00 | BRUCE J RICE<br>Trustee of the Rice Family Living Trust | Secured | | $93,441.50 | $93,441.50 | $0.00 |
| 050 4110-00 | AM-CAL SERVICES INC | Secured | | $29,977.11 | $29,977.11 | $0.00 |
| 050 4700-00 | TAX COLLECTOR | Secured | delinquent property tax | $13,890.99 | $13,890.99 | $0.00 |
| 050 4110-00 | Sergey Babin | Secured | Compromise Reached, Order #75 7/22/2014 | $63,000.00 | $63,000.00 | $0.00 |
| 000002 A 050 4110-00 | KAUREEN HANI TIMUR AKA ANNIE PAI<br>C/O LAW OFFICES OF MARK C WATSON PC<br>1633 BAYSHORE HIGHWAY STE 250<br>BURLINGAME CA 94010 | Secured | (2-1) AMOUNT SECURED CHANGED TO MATCH AMOUNT IN DOCUMENT. WITHDREW CLAIM, DOCKET #55 5/6/2014; SECURED CLAIM PAID THROUGH ESCROW | $32,202.06 | $32,202.06 | $0.00 |
| 000004 050 4110-00 | TA ROEBUCK, TRUSTEE OF THOMAS A. ROoebuck 1992 Revocable Trust | Secured | Objection to Claim filed. | $131,022.50 | $131,022.50 | $0.00 |
| 000001 A 046 5800-00 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>POB 2952<br>SACRAMENTO CA 95812-2952 | Priority | 2010-2013 TAX | $3,392.90 | $0.00 | $3,392.90 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: November 20, 2014

Case Number: 13-42622
Debtor Name: WERDNA ENTEPRISE INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999 8200-00 | WERDNA ENTEPRISE INC 2132 6TH ST STE 2121-D BERKELEY, CA 94710 | Unsecured | Surplus Funds | $30,407.87 | $0.00 | $30,407.87 |
| 000001 B 080 7300-00 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 POB 2952 SACRAMENTO CA 95812-2952 | Unsecured | 2010-2013 TAX | $752.70 | $0.00 | $752.70 |
| 000005 070 7100-00 | MICHAEL KASOLAS, TRUSTEE FOR 1ST UNITED INVESTMENT GROUP POB 26650 SAN FRANCISCO CA 94126-6650 | Unsecured | Claim for Fraudulent Conveyance | $10,848.14 | $0.00 | $10,848.14 |
| | Case Totals: | | | $544,369.70 | $487,764.72 | $56,604.98 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-42622 E-7
Case Name: WERDNA ENTEPRISE INC
Trustee Name: LOIS I. BRADY

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 A | KAUREEN HANI TIMUR AKA ANNIE PAI | $ | $ | $ | $ |
|  | BRUCE J RICE | $ | $ | $ | $ |
|  | AM-CAL SERVICES INC | $ | $ | $ | $ |
|  | TAX COLLECTOR | $ | $ | $ | $ |
| 000004 | TA ROEBUCK, TRUSTEE OF | $ | $ | $ | $ |
|  | Sergey Babin | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                               $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LOIS I. BRADY | $ | $ | $ |
| Trustee Expenses: LOIS I. BRADY | $ | $ | $ |
| Attorney for Trustee Fees: WENDEL ROSEN BLACK & DEAN LLP | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: WENDEL ROSEN BLACK & DEAN LLP | $ | $ | $ |
| Accountant for Trustee Fees: KOKJER PIEROTTI MAICCO & DUCK LLP | $ | $ | $ |
| Accountant for Trustee Expenses: KOKJER PIEROTTI MAICCO & DUCK LLP | $ | $ | $ |
| Other: CITY OF OAKLAND | $ | $ | $ |
| Other: MISC CLOSING COSTS | $ | $ | $ |
| Other: City of Oakland | $ | $ | $ |
| Other: MISC CLOSING COSTS | $ | $ | $ |
| Other: BANK FEES | $ | $ | $ |
| Other: Alameda County Tax Collector | $ | $ | $ |
| Other: FRANCHISE TAX BOARD | $ | $ | $ |
| Other: COLDWELL BANKER | $ | $ | $ |
| Other: COMMUNITY REALTY & PROPERTY MANAGEMENT | $ | $ | $ |
| Other: Coldwell Banker | $ | $ | $ |
| Other: Realty World Bay Area Real Estate | $ | $ | $ |
| Other: INTERNATIONAL SURETIES LTD | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 13)

Case: 13-42622    Doc# 80    Filed: 01/16/15    Entered: 01/16/15 13:51:14    Page 13 of 15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 A | FRANCHISE TAX BOARD | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | MICHAEL KASOLAS, TRUSTEE FOR | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be percent.

Tardily filed general (unsecured) claims are as follows:

Case: 13-42622  Doc# 80  Filed: 01/16/15  Entered: 01/16/15 13:51:14  Page 14 of 15

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 B | FRANCHISE TAX BOARD | $ | $ | $ |

Total to be paid to subordinated unsecured creditors $_____

Remaining Balance $_____


To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of       % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.


The amount of surplus returned to the debtor after payment of all claims and interest is $                  .