LOIS I. BRADY (Bar No. 127596)
Chapter 7 Trustee
Pob 12425
Oakland, CA 94604
(510) 452-6498
(510) 452-6499 fax
loisbrady@W

RECEIVED AUG - 6 2015 BANKRUPTCY COURT OAKLAND, CALIFORNIA

FILED AUG - 5 2015 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

WERDNA ENTEPRISE, INC.,

Debtor.

) Case No: 13-42622 RLE
) Chapter 7
)
) NOTICE OF UNCLAIMED DIVIDENDS
)
)
)

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $30,407.87. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| None | Werdna Enteprise, Inc.<br>2132 6th Street, Suite 2121-D<br>Berkeley, CA 94710 | $30,407.87 |

The total of the unclaimed dividends is $30,407.87.

Dated: July 30, 2015

Lois I. Brady
Chapter 7 Trustee